BLAKE & JOHNSON, Respondent, *v.* THE LYON AND FELLOWS MANUFACTURING COMPANY, Appellant.

As to whether an objection that a referee appointed in an action resides, and that the trial was had out of the jurisdiction of the court, is valid under any circumstances, *quære.*

The objection is untenable when the point was not raised on the trial, and it does not appear that the decision was not made in the jurisdiction.

Jurisdiction having been once acquired over the parties and the subject matter, every presumption is in favor of the legality of the judgment.

(Argued May 28, 1879; decided June 10, 1879.)

THIS case was disposed of principally upon the facts.

The appeal was from a judgment of the General Term of the City Court of Brooklyn affirming a judgment entered upon the report of a referee. The cause was referred by consent to Homer A. Nelson. The case stated that the action was brought to trial at the office of the referee in the city of New York. No objection appears to have been made to the referee or to the place of trial. The appellant's coun-

sel raised the point at General Term that the reference of the cause to a referee residing out of the jurisdiction of the court, and the trial out of the jurisdiction was illegal, and so that the judgment was void.   *Held*, as above.

*Walter S. Cowles* for appellant.

*N. C. Moak* for respondent.

MILLER, J., reads for affirmance.
All concur.
Judgment affirmed.